1  BORIS FELDMAN, State Bar No. 128838
   Email: bfeldman@wsgr.com
2  JEROME F. BIRN, JR., State Bar No. 128561
   Email: jbirn@wsgr.com
3  BAHRAM SEYEDIN-NOOR, State Bar No. 203244
   Email: bnoor@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Nominal Defendant
8  Network Appliance, Inc. and Individual Defendants
   Daniel J. Warmenhoven, Jeffry R. Allen, Carol A.
9  Bartz, M. Helen Bradley, Alan L. Earhart, Steven
   Gomo, David Hitz, James K. Lau, Mark Leslie,
10 Thomas F. Mendoza, Nicholas G. Moore, Sachio
   Semmoto, George T. Shaheen, Charles E. Simmons,
11 Donald T. Valentine, and Robert T. Wall

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15

| | |
|---|---|
| 16  SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | CASE NO.: 06-06486 |
| 17  Derivatively on Behalf of Nominal Defendant NETWORK APPLIANCE, INC., | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 18           Plaintiff, | |
| 19      v. | |
| 20  DANIEL J. WARMENHOVEN, JEFFRY R. ALLEN, CAROL A. BARTZ, M. HELEN | DATE:   N/A<br>TIME:   N/A<br>JUDGE:  Honorable James Ware |
| 21  BRADLEY, ALAN L. EARHART, STEVEN GOMO, DAVID HITZ, JAMES K. LAU, MARK | |
| 22  LESLIE, THOMAS F. MENDOZA, NICHOLAS G. MOORE, SACHIO SEMMOTO, GEORGE T. | |
| 23  SHAHEEN, CHARLES E. SIMMONS, DONALD T. VALENTINE, AND ROBERT T. | |
| 24  WALL, | |
| 25           Defendants. | |
| 26      And | |
| 27  NETWORK APPLIANCE, INC. | |
| 28           Nominal Defendant. | |

1    Counsel report that they have met and conferred regarding ADR and have reached the
2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3    This is a purported shareholder derivative action.  Plaintiff asserts two claims against
4 sixteen defendants relating to alleged stock option "back dating."  Plaintiff filed its complaint on
5 October 17, 2006, and the parties filed a Stipulation and [Proposed] Order Consolidating Cases
6 for All Purposes and Setting Schedule for Filing of Consolidated Complaint on November 28,
7 2006.  Defendants intend to file motions to dismiss asserting, among other things, that plaintiff
8 lacks standing to pursue this case.  The current schedule for defendants' motions will be
9 determined by the briefing schedule set forth in the afore-mentioned Stipulation and [Proposed]
10 Order upon the Court's approval of the stipulation.  Given the current procedural posture, the
11 parties believe it would be premature to schedule ADR at this time.
12    The parties believe that private mediation at some point during the course of this
13 litigation would be worthwhile if the Court finds that the plaintiff has standing and that the
14 complaint (or a subsequent amended complaint) states a claim.  The parties agree that, in the
15 event the case proceeds beyond the pleading stage, they will hold a mediation no later than thirty
16 (30) days after the completion of fact discovery.  The parties further agree to meet and confer
17 within 30 days of the filing of an answer to the operative complaint regarding the appropriate
18 mediator and timing for a mediation.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2006 | By:  /s/ Jerome F. Birn, Jr. |
| 2 | | Jerome F. Birn, Jr.<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation<br>650 Page Mill Road |
| 4 | | Palo Alto, CA 94304-1050<br>Telephone:(650) 493-9300 |
| 5 | | Facsimile: (650) 565-5100 |
| 6 | | Attorneys for Nominal Defendant<br>Network Appliance, Inc. and Individual |
| 7 | | Defendants Daniel J. Warmenhoven, Jeffry R.<br>Allen, Carol A. Bartz, M. Helen Bradley, Alan |
| 8 | | L. Earhart, Steven Gomo, David Hitz, James K.<br>Lau, Mark Leslie, Thomas F. Mendoza, |
| 9 | | Nicholas G. Moore, Sachio Semmoto, George<br>T. Shaheen, Charles E. Simmons, Donald T. |
| 10 | | Valentine, And Robert T. Wall |
| 11 | DATED: December 19, 2006 | BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER, LLP |
| 14 | | By:  /s/ Kathryn A. Schofield<br>Kathryn A. Schofield (Bar No. 202939) |
| 15 | | Alan R. Plutzik (Bar No. 077785)<br>2125 Oak Grove Road, Suite 120 |
| 16 | | Walnut Creek, California 94598<br>Telephone:  (925) 945-0200 |
| 17 | | SCHIFFRIN & BARROWAY, LLP<br>Eric L. Zagar |
| 18 | | Trevan Borum<br>Tara P. Kao |
| 19 | | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 20 | | Telephone:  610/667-7706<br>Facsimile:  610/667-7056 |
| 22 | | *Counsel for Plaintiff Southeastern Pennsylvania Transportation Authority* |

                    *     *     *
### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _December 20, 2006_ _    _____/s/ James Ware_____
                                 UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER SELECTING      -3-                          3014772_1.DOC
ADR PROCESS
CASE NO. 06-06486

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. I hereby attest that Kathryn A. Schofield has concurred in this filing.

Dated: December 19, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/   Bahram Seyedin-Noor
           Bahram Seyedin-Noor

Attorneys for Nominal Defendant
Network Appliance, Inc. and Individual Defendants
Daniel J. Warmenhoven, Jeffry R. Allen, Carol A. Bartz, M. Helen Bradley, Alan L. Earhart, Steven Gomo, David Hitz, James K. Lau, Mark Leslie, Thomas F. Mendoza, Nicholas G. Moore, Sachio Semmoto, George T. Shaheen, Charles E. Simmons, Donald T. Valentine, and Robert T. Wall