BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
JEROME F. BIRN, JR. State Bar No. 128561
Email: jbirn@wsgr.com
BAHRAM SEYEDIN-NOOR, State Bar No. 203244
Email: bnoor@wsgr.com
DOMINIQUE CHANTALE ALEPIN, State Bar No. 241648
Email: dalepin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 493-6811

Attorneys for Nominal Defendant
Network Appliance, Inc. and Individual Defendants
Jeffrey R. Allen, Carol A. Bartz, Donald T. Valentine,
Robert T. Wall, Daniel J. Warmenhoven,
M. Helen Bradley, David Hitz, James K. Lau,
Thomas F. Mendoza, Sachio Semmoto,
and Charles E. Simmons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re NETWORK APPLIANCE DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL MATTERS | Master File No.: 5:06-cv-06486-JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE MOTIONS TO DISMISS** |

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

WHEREAS, the present action is a purported shareholder derivative action against certain present and former officers and directors of Network Appliance, Inc. ("NetApp");

WHEREAS, on January 8, 2007, this Court entered a briefing schedule setting the time for Plaintiffs to file their amended complaint and Defendants to file responsive pleadings;

WHEREAS, on February 9, 2007, Plaintiffs filed their Consolidated Shareholder Derivative Complaint;

WHEREAS, any response to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, are currently due May 18, 2007;

WHEREAS, this Court has set a hearing for Defendants' anticipated motions to dismiss on August 6, 2007 at 9:00 a.m. and a Case Management Conference ("CMC") for the same date at 10:00 a.m.;

WHEREAS, the parties have met and conferred and wish to modify the briefing schedule in this case;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Defendants shall file and serve any response to the Consolidated Shareholder Derivative Complaint, including any motions to dismiss, on or before June 15, 2007;

2. Plaintiffs shall file any opposition to the motions to dismiss on or before July 18, 2007;

3. Defendants shall file any reply in support of the motions to dismiss on or before August 20, 2007;

4. The hearing on Defendants' motions to dismiss shall be held on September 17, 2007 at 9:00 a.m.;

5. The CMC shall be held on September 17, 2007 at 10:00 a.m.;

//

//

//

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

- 1 -

| | |
|---|---|
| DATED:  May 14, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Boris Feldman (Bar No. 128838)<br>Jerome F. Birn (Bar No. 128561)<br>Bahram Seyedin-Noor (Bar No. 203244)<br>Dominique Chantale Alepin (Bar. No. 241648)<br><br>By:  /s/ Dominique Chantale Alepin<br>       Dominique Chantale Alepin<br>       650 Page Mill Road<br>       Palo Alto, CA 94304<br>       Telephone:  (650) 493-9300<br>       Facsimile:  (650) 493-6811<br><br>*Counsel for Defendants*<br><br>Attorneys for Nominal Defendant<br>Network Appliance and Individual Defendants<br>Jeffrey Allen, Carol Bartz, Donald T. Valentine,<br>Robert T. Wall, Daniel J. Warmenhoven,<br>M. Helen Bradley, David Hitz, James K. Lau,<br>Thomas F. Mendoza, Sachio Semmoto,<br>and Charles E. Simmons |
| DATED:  May 14, 2007 | BRAMSON, PLUTZIK, MAHLER &<br>   BIRKHAEUSER, LLP<br><br>By:  /s/ Alan R. Plutzik<br>       Alan R. Plutzik (Bar No. 077785)<br>       2125 Oak Grove Road, Suite 120<br>       Walnut Creek, CA 94598<br>       Telephone:  (925) 945-0200<br>       Facsimile:  (925) 945-8792<br><br>SCHIFFRIN & BARROWAY, TOPAZ & KESSLER, LLP<br>   Eric Zagar<br>   280 King of Prussia Road<br>   Radnor, PA  19087<br>   Telephone: 610-667-7706<br><br>*Counsel for Plaintiffs* |

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

- 2 -

**SIGNATURE ATTESTATION**

I, Dominique Chantale Alepin, attest that I have on file an email dated May 14, 2007 from opposing counsel Robin Winchester, stating that each of plaintiff's attorneys whose holographic signatures ("/s/") appear on the Stipulation and [Proposed] Protective Order, filed with the Court on May 14, 2007, give their permission for me to sign their names on this document on their behalf. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Execute this 14th day of May, 2007 at Palo Alto, California.

By:     /s/ Dominique Chantale Alepin
Dominique Chantale Alepin

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 17 2007

Honorable James Ware
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

- 3 -