BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
JEROME F. BIRN, JR. State Bar No. 128561
Email: jbirn@wsgr.com
BAHRAM SEYEDIN-NOOR, State Bar No. 203244
Email: bnoor@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 493-6811

Attorneys for Nominal Defendant
Network Appliance, Inc. and Individual Defendants
Jeffrey R. Allen, Carol A. Bartz, Donald T. Valentine,
Robert T. Wall, Daniel J. Warmenhoven,
M. Helen Bradley, David Hitz, James K. Lau,
Thomas F. Mendoza, Sachio Semmoto,
and Charles E. Simmons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re NETWORK APPLIANCE DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL MATTERS | Master File No.:  5:06-cv-06486-JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE MOTIONS TO DISMISS** |

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

1  WHEREAS, the present action is a purported shareholder derivative action against certain
2  present and former officers and directors of Network Appliance, Inc. ("NetApp");

3  WHEREAS, on January 8, 2007, this Court entered a briefing schedule setting the time for
4  Plaintiffs to file their amended complaint and Defendants to file responsive pleadings;

5  WHEREAS, on February 9, 2007, Plaintiffs filed their Consolidated Shareholder Derivative
6  Complaint;

7  WHEREAS, on May 17, 2007, this Court entered an Order modifying the briefing schedule
8  regarding any motions to dismiss;

9  WHEREAS, any response to the Consolidated Shareholder Derivative Complaint, including
10  any motions to dismiss, are currently due June 15, 2007;

11  WHEREAS, this Court has set a hearing for Defendants' anticipated motions to dismiss on
12  September 17, 2007 at 9:00 a.m. and a Case Management Conference ("CMC") for the same date at
13  10:00 a.m.;

14  WHEREAS, the parties have met and conferred and wish to modify the briefing schedule in
15  this case;

16  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to
17  approval of the Court, as follows:

18  1. Defendants shall file and serve any response to the Consolidated Shareholder
19  Derivative Complaint, including any motions to dismiss, on or before June 29, 2007;

20  2. Plaintiffs shall file any opposition to the motions to dismiss on or before August 1,
21  2007;

22  3. Defendants shall file any reply in support of the motions to dismiss on or before
23  September 4, 2007;

24  4. The hearing on Defendants' motions to dismiss shall be held on October 1, 2007 at
25  9:00 a.m.;

26  5. The CMC shall be held on October 1, 2007 at 10:00 a.m.;

27
28
STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

- 1 -

| | | |
|---|---|---|
| 1 | DATED:  June 14, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | Boris Feldman (Bar No. 128838) |
| 3 | | Jerome F. Birn (Bar No. 128561) |
| | | Bahram Seyedin-Noor (Bar No. 203244) |

By:    /s/ Bahram Seyedin-Noor
      Bahram Seyedin-Noor
      650 Page Mill Road
      Palo Alto, CA 94304
      Telephone:  (650) 493-9300
      Facsimile:  (650) 493-6811

*Counsel for Defendants*

Attorneys for Nominal Defendant
Network Appliance and Individual Defendants
Jeffrey Allen, Carol Bartz, Donald T. Valentine,
Robert T. Wall, Daniel J. Warmenhoven,
M. Helen Bradley, David Hitz, James K. Lau,
Thomas F. Mendoza, Sachio Semmoto,
and Charles E. Simmons

DATED:  June 14, 2007

BRAMSON, PLUTZIK, MAHLER &
      BIRKHAEUSER, LLP

By:    /s/ Alan R. Plutzik
      Alan R. Plutzik (Bar No. 077785)
      2125 Oak Grove Road, Suite 120
      Walnut Creek, CA 94598
      Telephone:  (925) 945-0200
      Facsimile:  (925) 945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
      Eric Zagar
      280 King of Prussia Road
      Radnor, PA  19087
      Telephone: 610-667-7706

*Counsel for Plaintiffs*

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

- 2 -

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____June 19 2007_____                    _____
Honorable James Ware
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE
- 3 -

1  I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being
2 used to file Stipulation and [Proposed] Order Modifying Briefing Schedule Re Motions to
3 Dismiss. I hereby attest that Alan R. Plutzik has concurred in this filing.

Dated: June 14, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bahram Seyedin-Noor
       Bahram Seyedin-Noor

Attorneys for Nominal Defendant
Network Appliance, Inc. and Individual Defendants
Jeffrey R. Allen, Carol A. Bartz, Donald T.
Valentine, Robert T. Wall, Daniel J. Warmenhoven,
M. Helen Bradley, David Hitz, James K. Lau,
Thomas F. Mendoza, Sachio Semmoto,
and Charles E. Simmons

STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE

- 4 -