**SCHIFFRIN, BARROWAY**
**TOPAZ & KESSLER LLP**
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No.102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETWORK APPLIANCE DERIVATIVE LITIGATION | No. C 06-06486 |
| Document Relates to:<br>All Actions | STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

WHEREAS, two related shareholder derivative actions on behalf of nominal defendant Network Appliance, Inc. ("Network Appliance") were filed in this Court:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *South Eastern Transportation Authority v. Warmenhoven* | C-06-06486-JW | 10/17/06 |
| *Ting Chou v. Warmenhoven* | C-06-06506-JF | 10/18/06 |

WHEREAS, on November 13, 2006, this Court entered an Order relating these cases;

WHEREAS, on January 10, 2007, this Court entered an Order consolidating these cases under the caption "*In re Network Appliance Derivative Litigation,*" under docket number Master File

STIPULATION REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1 -

No. C 06-06486, and appointing plaintiffs South Eastern Transportation Authority and Ting Chou as Lead Plaintiffs and the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, following a presentation by Defendants' counsel concerning the internal investigation undertaken by Network Appliance and after conducting further investigation, Lead Plaintiffs have determined not to pursue this action;

WHEREAS, Fed. R. Civ. P. 41(a)(1) authorizes a plaintiff to voluntarily dismiss an action, without prejudice, "by filing a stipulation of dismissal signed by all parties who have appeared in the action;"

IT IS STIPULATED AND AGREED by the parties, through their respective counsel, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1) this action shall be dismissed without prejudice.

Date:  June 22, 2007

**SCHIFFRIN, BARROWAY, TOPAZ & KESSLER LLP**

/s/ Alan R. Plutzik
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No.102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiffs*

| | |
|---|---|
| | **WILSON SONSINI GOODRICH & ROSATI** |
| Date:  June 22, 2007 | /s/ Jerome F. Birn, Jr.<br>Boris Feldman<br>Jerome F. Birn, Jr.<br>Bahram Seyedin-Noor<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 565-3566<br>Facsimile: (650) 493-6811 |
| | *Attorneys for Defendants* |

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __June 25 2007__   _____/s/ James Ware_____
UNITED STATES DISTRICT JUDGE
JAMES WARE

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the Stipulation Regarding Voluntary Dismissal Without Prejudice. I hereby attest that Jerome F. Birn, Jr., and Alan R. Plutzik have concurred in this filing.

Dated: June 22, 2007          WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:  /s/   Bahram Seyedin-Noor
                                         Bahram Seyedin-Noor

                              Attorneys for Defendants